IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SHAWN MASSEY FARM EQUIPMENT, INC., | § § § | |
| Plaintiff, | § § | |
| V. | § § | CASE NO. 4:12cv300 |
| | § | Judge Clark/Judge Mazzant |
| CLAAS OF AMERICA, INC., | § § § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 19, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that defendant's Motion to Dismiss [Doc. #6] and Alternative Motion to Transfer Venue [Doc. #13] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that defendant's Motion to Dismiss [Doc. #6] and Alternative Motion to Transfer Venue [Doc. #13] are denied.

So **ORDERED** and **SIGNED** on January  31 , 2013.

_____
Ron Clark
United States District Judge