UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SHAWN MASSEY FARM EQUIPMENT, INC. <br><br> Plaintiff, <br><br> v. <br><br> CLAAS OF AMERICA, INC., <br><br> Defendant. | CIVIL ACTION NO. 4:12cv300 - LEAD <br> (Judge Clark/Judge Mazzant) |
| CLAAS OF AMERICA, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> SHAWN MASSEY FARM EQUIPMENT, INC., <br><br> Counterclaim Defendant. | |
| CLAAS OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEXARKANA TRACTOR CO. d/b/a NOR-TEX TRACTOR, <br><br> Defendant. | Case No. 4:13-cv-84 - CONS |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff/Counterclaim Defendant Shawn Massey Farm Equipment, Inc., Defendant/Counterclaim Plaintiff and

Consolidated Plaintiff CLAAS of America, Inc., and Consolidated Defendant Texarkana Tractor Co. d/b/a Nor-Tex Tractor, each by their respective counsel, having resolved all pending claims between them, hereby stipulate to the dismissal with prejudice of all claims and defenses asserted by any party in each of the above-captioned consolidated civil actions. Each party shall bear its own fees and costs.

Respectfully submitted,

| ICE MILLER LLP | SEIGFREID BINGHAM, P.C. |
|---|---|
| /s/ Adam Arceneaux | /s/ David Shay |
| Adam Arceneaux | David E. Shay |
| Elizabeth Timme | SEIGFREID BINGHAM, P.C. |
| ICE MILLER LLP | 2800 Commerce Tower |
| One American Square, Suite 2900 | 911 Main Street |
| Indianapolis, Indiana 46282-0200 | Kansas City, MO 64105 |
| (317) 236-2100 Telephone | (816) 421-4460 Telephone |
| (317) 236-2219 Facsimile | (816) 474-3447 Facsimile |
| adam.arceneaux@icemiller.com | dshay@sblsg.com |
| elizabeth.timme@icemiller.com | |
| | |
| Deborah M. Perry | James W. Litzler |
| MUNSCH HARDT KOPF & HARR PC | LITZLER LAW OFFICE |
| 3800 Lincoln Plaza | P.O. Box 657 |
| 500 North Akard Street | 430 Church Street |
| Dallas, TX 75201-6659 | Sulphur Springs, TX 75483-0657 |
| | |
| *Attorneys for Defendant/Counterclaim Plaintiff and Consolidated Plaintiff CLAAS of America, Inc.* | *Attorneys for Plaintiff/Counterclaim Defendant Shawn Massey Farm Equipment, Inc. and Consolidated Defendant, Texarkana Tractor Co. d/b/a Nor-Tex Tractor* |